B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**OMC, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**13-3346971** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4010 Park Avenue**<br>**Bronx, NY**<br>ZIP Code **10457** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Bronx** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**OMC, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location<br>Where Filed:  **Southern District of New York** | Case Number:<br>**10-14864 (mg)** | Date Filed:<br>**9/15/10** |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>   Signature of Attorney for Debtor(s)        (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

   ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

   ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

           _____
           (Name of landlord that obtained judgment)

           _____
           (Address of landlord)

   ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **OMC, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Dawn Kirby**_____
Signature of Attorney for Debtor(s)

**Dawn Kirby**_____
Printed Name of Attorney for Debtor(s)

**DelBello Donnellan Weingarten Wise & Wiederkehr, LLP**
Firm Name

**One North Lexington Avenue**
**White Plains, NY 10601**
_____
Address

**(914) 681-0200  Fax: (914) 684-0288**
_____
Telephone Number

**October 10, 2014**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Michael Checchi**_____
Signature of Authorized Individual

**Michael Checchi**_____
Printed Name of Authorized Individual

**President**_____
Title of Authorized Individual

**October 10, 2014**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Southern District of New York

In re   **OMC, Inc.**
_____,    Case No. _____

                                                    Debtor

                                                    Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael Checchi** | | **100%** | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**October 10, 2014**_____    Signature  **/s/ Michael Checchi**_____

                                                **Michael Checchi**
                                                **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

<u>0</u>   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re    OMC, Inc. _____    Case No. _____

_____ Debtor(s)    Chapter    11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    October 10, 2014 _____      /s/ Michael Checchi _____

                                                   Michael Checchi/President
                                                   Signer/Title

A. GOLDNER
1067 ALLERTON AVENUE
BRONX, NY 10469


ADP
P.O. BOX 9001006
LOUISVILLE, KY 40290-1006


ADP, INC.
400 COVINA BLVD.
SAN DIMAS, CA 91773


ADT SECURITY SERVICES
BILLING /BANKRUPTCY DEPT.
14200 E. EXPOSITION AVENUE
AURORA, CO 80012


ADVANCED PENSION ACTUARY
100 NORTH CENTRE AVE, STE 400
ROCKVILLE CENTRE, NY 11570


ADVANCED TESTING & BALANCING
657 MEEKER AVENUE
BROOKLYN, NY 11222


AFA PROTECTION SYSTEM
155 MICHAEL DRIVE
SYOSSET, NY 11791


AIR DISTRIBUTION ENTERPRISES
19 WILBUR STREET
LYNBROOK, NY 11563


AIRSIDE PRODUCTS
47-40 METROPOLITAN AVENUE
MASPETH, NY 11385


ALBERT WEISS A/C PRODUCTS
270 MADISON AVENUE
NEW YORK, NY 10016


ALL AROUND SPIRAL
10 FLEETWOOD COURT
RONKONKOMA, NY 11733

ALLIANCE HEALTH
P.O. BOX 3210
FARMINGDALE, NY 11735

ALLSTATE INSULATION CORP.
P.O. BOX 1579
PERTH AMBOY, NJ 08862

AMERICAN EXPRESS
P.O. BOX 2853
NEW YORK, NY 10116

AMTRUST NORTH AMERICA
PO BOX 6939
CLEVELAND, OH 44101-1939

ANTHONY THOMAS BOILER CORP.
P.O. BOX 1296
BRONX, NY 10453

APPLE AUTO & TRUCK CARE, INC.
102 BRUCKER BLVD.
BRONX, NY 10454

AQUA THIN OF NY
7 EAST 8TH STREET, #208
NEW YORK, NY 10003

AT&T  MOBILITY
P.O. BOX 6463
CAROL STREAM, IL 60197-6463

AURORA BANK FSB
27472 PORTOLA PARKWAY
SUITE 205 #419
FOOTHILL RANCH, CA 92610

AVAYA
P.O. BOX 5332
NEW YORK, NY 10087

AVAYA
24009 NETWORK PL
CHICAGO, IL 60673

AVAYA
C/O RMS BANKRUPTCY RCVY SVCS
PO BOX 5126
LUTHERVILLE TIMONIUM, MD 21094


AVRAN SCHREIVER, ESQ.
40 EXCHANGE PLACE
SUITE 1300
NEW YORK, NY 10005


BANK OF AMERICA
MERRILL LYNCH
222 NORTH LASALLE ST, 17TH FL.
CHICAGO, IL 60601


BANNER SALES
P.O. BOX 1453
COVINGTON, LA 70434


BRONX DESIGN GROUP
2914 WESTCHESTER AVENUE
BRONX, NY 10461


BRONX WELDING SUPPLY
310 WHITTIER STREET
BRONX, NY 10474


BROOKLYN FAN & BLOWER
177 NORTH 7TH STREET
BROOKLYN, NY 11211


BROWN & BROWN OF NY INC
595 STEWART AVENUE
GARDEN CITY, NY 11530


BYRNE COMPRESSED AIR
81 SCUDDER AVENUE
NORTHPORT, NY 11768


CAPITAL HARDWARE
10 RAILDROAD AVENUE
CLOSTER, NJ 07624

CAPITAL ONE
PO BOX 829009
DALLAS, TX 75382


CARRIER CORPORATION
JOYCE KUPPEL CARRIER COLP
PO BOX 4804 BLD. TRS
SYRACUSE, NY 13221


CERCO PRODUCTS
80 SHERWOOD AVENUE
FARMINGDALE, NY 11735


CHEMSEARCH
P.O. BOX 971269
BROOKLYN, NY 11217


CITIBANK, N.A
701 EAST 60TH STREET NORTH
SIOUX FALLS, SD 57117


COMMISSIONER OF MOTOR VEHICLES
C/O REG RENEWAL CENTER
207 GENESE STREET, STE 6
UTICA, NY 13501-5899


CON EDISON COMPANY OF NY
4 IRVING PL., ROOM 1875-S
ATTN: BANKRUPTCY GROUP
NEW YORK, NY 10003


COSTCO WHOLESALE
P.O. BOX 34783
SEATTLE, WA 98124


CYPRESS FAIRBANKS ISD
LINEBARGER GOGGAN, ET AL
C/O JOHN P. DILLMAN PO BOX 306
HOUSTON, TX 77253


CYWIAK & CO.
19 WEST 44TH STREET, STE 606
NEW YORK, NY 10036

DANIELLO CARTING CO.
P.O. BOX 1303
WHITE PLAINS, NY 10602


DEUTSCHE BANK TRUST COMP AMER
60 WALL STREET
NEW YORK, NY 10005-2858


DONNELLY MECHANICAL
96-59 22ND STREET
QUEENS VILLAGE, NY 11429


EAST COAST CAD
256 GREAT ROAD
LITTLETON, MA 01460


ENCOMPASS INSURANCE CO
PO BOX 4310
CAROL STREAM, IL 60197-4310


ENERGY HARDWARE
47-55 58TH STREET
WOODSIDE, NY 11377


ENERGY METAL
47-55 58TH STREET
WOODSIDE, NY 11377


EQUITABLE STEEL
4044 PARK AVENUE
BRONX, NY 10457-7395


ERLIN OF LONG ISLAND, INC.
857 NORTH RICHMOND AVENUE
LINDENHURST, NY 11757


EXTERMINARE PEST CONTROL
2022 HILLSIDE AVENUE
NEW HYDE PARK, NY 11040


EXXON MOBIL / GECC
P.O. BOX 688938
DES MOINES, IA 50368-8938

FEDERAL EXPRESS
P.O. BOX 371461
PITTSBURGH, PA 15250-7461


FIDELITY INVESTMENTS/LUCID INV
6 PINE STREET
EAST MORICHES, NY 11940


FLEXIBLE BUSINESSSYSEMS
380 OSER AVENUE
HAUPPAUGE, NY 11788


FORD MOTOR CREDIT
P.O. BOX 220564
PITTSBURGH, PA 15257-2564


FORD MOTOR CREDIT COMPANY
DRAWER 55-593
PO BOX 55000
DETROIT, MI 48255-0953


FORD MOTOR CREDIT COMPANY
PO BOX 31111
TAMPA, FL 33631-3111


G.M. INSULATION
P.O. BOX 2188
NEW HYDE PARK, NY 11040


GUARDIAN
STATE MANDATED DISABILITY
P.O. BOX 12409
NEWARK, NJ 07101-3509


GULF OIL
P.O. BOX 9001001
LOUISVILLE, KY 40290


GULF OIL LIMITED PARTNERS
C/O CREDITORS BANKRUPTCY SVCS
PO BOC 740933
DALLAS, TX 75374

HARRIS COUNTY, ET AL
LINEBARGER GOGGAN, ET AL
C/O JOHN P. DILLMAN PO BOX 306
HOUSTON, TX 77253


HARTFORD STEAM BOILER
P.O. BOX 21045
CHICAGO, IL 60673


HESS CORPORATION
ATTN: JOSEPH DEJIANNE
1 HESS PLAZE
WOODBRIDGE, NJ 07095


IMPERIAL CREDITO CORPORATION
PO BOX 905849
CHARLOTTE, NC 28290-5849


IMPERIAL DAMPER & LOUVER
907-911 EAST 141 STREET
BRONX, NY 10454


INDEPENDANT TESTING
254 NORTH MAIN STREET
NEW CITY, NY 10956


INDEPENDANT TESTING & BALANCE
3941 MERRICK ROAD
SEAFORD, NY 11783


INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114


INTERSTATE MECHANICAL SERVICES
51 RAILROAD AVENUE
CLOSTER, NJ 07624


INTREPID CONTROL SERVICES
29-04 FRANCIS LEWIS BLVD
FLUSHING, NY 11358


JANSONS ASSOCIATES
130 MOZART STREET
EAST RUTHERFORD, NJ 07073

JOHN GRANDO, INC.
68-08 WOODSIDE AVENUE
WOODSIDE, NY 11377


KASS INDUSTRIAL SUPPLY
1715 WASHINGTON AVENUE
BRONX, NY 10457


KLEIN ZELMAN ROTHERMEL, LLC
485 MADISON AVENUE
NEW YORK, NY 10022-5803


KTC SALES
PO BOX 693
HARTSDALE, NY 10530


LJR INSULATION
GENERAL CONTRACTING, INC.
31-30 14TH STREET
ASTORIA, NY 11106


LOCAL 28
195 MINEOLA BLVD
MINEOLA, NY 11501


LOCAL 28 PRODUCTION
JLM FUND
195 MINEOLA BLVD
MINEOLA, NY 11501


LOCAL 28 PRODUCTION ASSMT
500 GREENWICH STREET
NEW YORK, NY 10013


LOCAL 282
2500 MARCUS AVENUE
NEW HYDE PARK, NY 11042


LOCAL 282 ANNUITY FUND
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042


LOCAL 282 BUILDING FUND
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042

LOCAL 282 FUNDS & PLANS
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042


LOCAL 282 JOB TRAINING
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042


LOCAL 282 MTC IND. PROMO FUND
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042


LOCAL 282 PENSION FUND
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042


LOCAL 282 WELFARE FUND
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042


LOCKFORMER
P.O. BOX 3495
BOSTON, MA 02241-3495


LOVELL SAFETY MGMT CO., LLC
110 WILLIAMS STREET, 12TH FL.
NEW YORK, NY 10038


MANIFEST FUNDING
P.O. BOX 790448
SAINT LOUIS, MO 63179-2328


MCNICHOLS CO
P.O. BOX 30300
TAMPA, FL 33630-3300


MECHANICAL TRADES CONTRACTORS
6268 JERICHO TURNPIKE
COMMACK, NY 11725


MERCEDES BENZ FINANCIAL
P.O. BOX 5209
CAROL STREAM, IL 60197-5209

MET LIFE INSURANCE
P.O. BOX 8500
PHILADELPHIA, PA 19178


MICHAEL CHECCHI
4010 PARK AVENUE
BRONX, NY 10457


NANCY ISAACSON
GREENBAUM ROWE SMITH & DAVIS L
75 LIVINGSTON AVE., STE 301
ROSELAND, NJ 07068


NAPCO COPY GRAPHICS
P.O. BOX 234
LYNDHURST, NJ 07071


NAVISTAR
P.O. BOX 98454
CHICAGO, IL 60693


NAVISTAR FINANCIAL CORP.
C/O SHERRY LOWE JOHNSON, ESQ.
1500 MARKET ST. SUITE 3500E
PHILADELPHIA, PA 19102


NEW PALACE PAINTERS
534 EAST 180TH STREET
BRONX, NY 10457


NORTHERN SAFETY CO.
P.O. BOX 4250
UTICA, NY 13504


NY BUSINESS MACHINE
476 SOUTH BROADWAY
YONKERS, NY 10705


NY STATE INSURANCE FUND
WORKERS COMPENSATION
P.O. BOX 5262
BINGHAMTON, NY 13902-5262

NYC DEPARTMENT OF FINANCE
TAPE DIVISION
345 ADAM STREET, 5TH FLOOR
BROOKLYN, NY 11201


NYC DEPARTMENTOF OF FINANCE
345 ADAMS STREET, 3RD FLOOR
ATTN: LEGAL AFFAIRS DIVISION
BROOKLYN, NY 11201-3719


NYC DEPT OF FINANCE
RED LIGHT CAMERA UNIT
PO BOX 3674
NEW YORK, NY 10008-3674


NYC DEPT. OF FINANCE
345 ADAMS ST, 3RD FL.
LEGAL AFFAIRS-DEVORA COHN
BROOKLYN, NY 11201-3719


NYC PARKING VIOLATIONS
PECK SLIP STATION
P.O. BOX 2127
NEW YORK, NY 10272


NYC WATER BOARD
DEPT. OF ENV. PROTECTION
59-17 JUNCTION BLVD BANKRUPTCY
FLUSHING, NY 11373


NYS DEPARTMENT OF TAX & FINANC
BANKRUPTCY/SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205-0300


NYS WORKERS' COMP. BOARD
C/O SAMARA ANDERSON
20 PARK STREET, ROOM 401
ALBANY, NY 12207


OCCUPATIONAL SAFETY AND HEALTH
201 VARICK STREET, ROOM 908
ATTN: MITCH KONCA
NEW YORK, NY 10014

OCWEN LOAN SERVICING, LLC
P.O. BOX 6440
CAROL STREAM, IL 60197-6440


OFFICE OF THE US TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLR
NEW YORK, NY 10004


OXFORD HEALTH PLANS
P.O. BOX 1697
NEWARK, NJ 07101


PAT SEMENTA PLUMBING
PO BOX 288
HAWTHORNE, NY 10532


PIERPONT MECHANICAL
58-33 57TH DRIVE
MASPETH, NY 11378


PRECISION TESTING & BALANCING
1785 NEREID AVENUE
BRONX, NY 10466


PREMIER INSULATION
59-29 55TH STREET
MASPETH, NY 11378


PRIDE EQUIPMENT CORP.
150 NASSAU AVENUE
ISLIP, NY 11751


PRO SAFETY SERVICES
20 CEDAR STREET
NEW ROCHELLE, NY 10801


PRODUCION PENTION FUND
195 MINEOLA BLVD
MINEOLA, NY 11501


R.P. MACHINE
906 STILLWATER ROAD
PO BOX 144
STILLWATER, NJ 07875

RADIO ACTIVE
10-33 JACKSON AVENUE
LONG ISLAND CITY, NY 11101


RIVERDELL FLOWERS
241 KINDERKAMACK ROAD
ORADELL, NJ 07649


S.W. ANDERSON SALES
63 DANIEL STREET
FARMINGDALE, NY 11735


SCRUB CLEAN
3927 HILL AVENUE
BRONX, NY 10466


SECURITY EXCHANGE COMM
THE WOOLWORTH BUILDING
233 BROADWAY- JOHN MURRAY
NEW YORK, NY 10279


SHEET METAL 28 WELFARE FUND
195 MINEOLA BLVD
MINEOLA, NY 11501


SHEET METAL AIR CONDO ASSN NY
16 COURT STREET
BROOKLYN, NY 11241


SHEET METAL WORKERS LOCAL 28
195 MINEOLA BLVD.
MINEOLA, NY 11501


SHEET METAL WORKERS' LOCAL 28
C/O BARNES IACCARINO, ET AL
258 SAW MILL RIVER ROAD
ELMSFORD, NY 10523


SHEET METAL WORKERS' LOCAL 28
PROMOTION FUND
16 COURT STREET
BROOKLYN, NY 11241

```
SHEET METAL WORKERS' LOCAL 28
PAP
195 MINEOLA BLVD
MINEOLA, NY 11501


SHEET METAL WORKERS' LOCAL 28
ATTN: MARCIA WEBB
601 N. FAIRFAX STREET
ALEXANDRIA, VA 22314-2075


SHEET METAL WORKERS' LOCAL 28
TARGET FUND
195 MINEOLA BLVD
MINEOLA, NY 11501


SHEET METAL WORKERS' LOCAL 28
195 MINEOLA BLVD
MINEOLA, NY 11501


SHEET METAL WORKERS' NATL PENS
C/O JEFFREY S. DUBIN, ESQ.
464 NEW YORK AVE. STE 100
HUNTINGTON, NY 11743


SHETAL METAL WORKERS
8403 ARLINGTON BLVD, STE 300
FAIRFAX, VA 22031


SMWIA LOCAL UNION 28
195 MINEOLA BOULEVARD
FUNDS & PLANS
MINEOLA, NY 11501


SMWIA LOCAL UNION 28
195 MINEOLA BOULEVARD
EDUCATION FUND
MINEOLA, NY 11501


SMWIA LOCAL UNION 28
500 GREENWICH STREET
FUNDS & PLANS
NEW YORK, NY 10013
```

```
SMWIA LOCAL UNION 28
195 MINEOLA BOULEVARD
JML
MINEOLA, NY 11501


SMWIA LOCAL UNION 28
195 MINEOLA BOULEVARD
PENSION FUND
MINEOLA, NY 11501


SMWIA LOCAL UNION 28
195 MINEOLA BOULEVARD
WELFARE FUND
MINEOLA, NY 11501


SOVEREIGN MECHANICAL CORP.
HOWARD M. KATZ, ESQ.
225 BROADWAY, STE 1203
NEW YORK, NY 10007


SPRINT
P.O. BOX 4181
CAROL STREAM, IL 60197


SPRINT NEXTEL CORRESPONDENCE
ATTN: BANKRUPTCY DEPT.
PO BOX 7949
OVERLAND PARK, KS 66207-0949


STANDARD TINSMITH
355 IRVING AVENUE
BROOKLYN, NY 11237


STAPLES
P.O. BOX 9020
DES MOINES, IA 50368-9020


STUYVESANT FUEL
6741 5TH AVENUE
BROOKLYN, NY 11220


SUBCONTRACTORS TRADE ASSOC.
1430 BROADWAY
NEW YORK, NY 10018
```

SUNOCO OIL CO.
P.O. BOX 689156
DES MOINES, IA 50368


TSSM, INC.
ATTN: FARRELL FLANNI
250 WEST 39TH STREET
NEW YORK, NY 10018


TYCO INTEGREATED SECURITY LLC
PO BOX 371967
PITTSBURGH, PA 15250-7967


ULINE
2200 SOUTH LAKESIDE DRIVE
WAUKEGAN, IL 60085


UNEEDA BOLT & SCREW CO.
10 CAPITOL DRIVE
MOONACHIE, NJ 07074


UNITED RENTALS
ATTN: CHARLES POPOLI
6125 LAKEVIEW ROAD
CHARLOTTE, NC 28269


UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10007


UNUM INSURANCE
99 PARK AVENUE
NEW YORK, NY 10016


US BANCORP
P.O. BOX 580337
MINNEAPOLIS, MN 55458-0337


US BANCORP
BUSINESS EQUIPMENT FINANCE GRP
130 MADRID STREET
MARSHALL, MN 56258

US BANCORP EQUIPMENT FINANCE
1310 MADRID STREET
SUITE 103
MARSHALL, MN 56258


US BANCORP MANIFEST FUNDING SV
ATTN: BANKRUPTCY DEPT
1450 CHANNEL PKWY
MARSHALL, MN 56258


US BANK VENDOR SERVICES
P.O. BOX 790448
SAINT LOUIS, MO 63179


VERIZON
P.O. BOX 3037
BLOOMINGTON, IL 61702-3037


VERIZON
P.O. BOX 15124
ALBANY, NY 15124


WACHOVIA BANK
ATTN: BANKRUPTCY DEPT
PO BOX 13765
ROANOKE, VA 24037


WACHOVIA BANK
P.O. BOX 96074
CHARLOTTE, NC 28296-0074


WASSERMAN JURISTA & STOLZ
225 MILLBURN AVNEUE SUITE 207
ATTN: LEONARD C. WALCZYK
MILLBURN, NJ 07041


WILLIAM PENN LIFE INSURANCE CO
P.O. BOX 740527
ATLANTA, GA 30374-0527


WILLIAM ROTH BERG, ESQ.
16 COURT STREET
BROOKLYN, NY 11241

# United States Bankruptcy Court
## Southern District of New York

In re   OMC, Inc.

Debtor(s)

Case No.

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___OMC, Inc.___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 10, 2014

Date

/s/ Dawn Kirby

Dawn Kirby
Signature of Attorney or Litigant
Counsel for    OMC, Inc.
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601
(914) 681-0200 Fax:(914) 684-0288

# United States Bankruptcy Court
## Southern District of New York

In re   OMC, Inc.                                                   Case No. _____
                              Debtor(s)            Chapter    11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Michael Checchi, declare under penalty of perjury that I am the President of OMC, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 10th day of October, 2014.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Michael Checchi, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Michael Checchi, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Michael Checchi, President of this Corporation is authorized and directed to employ Dawn Kirby, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case."

Date   October 10, 2014                         Signed   /s/ Michael Checchi
                                                         Michael Checchi

Resolution of Board of Directors
of
OMC, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Michael Checchi, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Michael Checchi, President  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Michael Checchi, President of this Corporation is authorized and directed to employ Dawn Kirby, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case.

Date  October 10, 2014                          Signed   /s/ Michael Checchi
                                                         Michael Checchi, President